UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT KRUSE,

            Plaintiff,

vs.                            Case No.  2:11-cv-473-FtM-29SPC

PARK PLACE SWFL, LLC, a Florida Limited Liability Company, doing business as DRIVE'N FLYOUT, WEN JONG WU, SCOTT SPENCE, LYNN MICHAELS,

            Defendants.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #21), filed December 13, 2011, recommending that the Second Joint Motion for Approval of Settlement (Doc. #20) be granted, the settlement be approved, and the case dismissed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #21) is hereby **adopted** and the findings incorporated herein.

2. The parties' Second Joint Motion for Approval of Settlement (Doc. #20) is **GRANTED** and the Settlement Agreement and Full and Final Mutual Release of All Claims (Doc. #20-1) is **approved** as fair and reasonable.

3. The Clerk shall enter judgment dismissing the case with prejudice except as provided by the settlement, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___3rd___ day of January, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties